# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
CHARLOTTE, NC

JUN - 1 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Bryan Ervin
_____

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Mecklenburg County Detention Center
Grahaky, Banilo, 16wespn, T.king,
P.Blasing, medical, 6rave H Savorra
D.Nicholson, Snell, Hallman
_____

*Defendant(s)*

(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)

Case No. **3:26-CV-427-FDW**

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Case 3:26-cv-00427-FDW    Document 1    Filed 06/01/26    Page 1 of 13

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                        Bryan Ervin

All other names by which
you have been known:

ID Number                   505891

Current Institution         Mecklenburg County Detention Center

Address                     801 East Fourth Street

                            Charlotte          NC        28202
                            City               State     Zip Code

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                    Mecklenburg County Detention Center
    Job or Title *(if known)*
    Shield Number
    Employer
    Address                 801 East Fourth Street

                            Charlotte          NC        28202
                            City               State     Zip Code

    ☐ Individual capacity   ☑ Official capacity

Defendant No. 2
    Name                    Snell
    Job or Title *(if known)*
    Shield Number
    Employer                Mecklenburg County Detention Center
    Address                 7025 Albemarble road

                            Charlotte          NC        28227
                            City               State     Zip Code

    ☑ Individual capacity   ☑ Official capacity

Defendant No. 3
    Name                          Hallman
    Job or Title *(if known)*
    Shield Number
    Employer                  Mecklenburg County Detention Center
    Address                   801 East Fourth Street
                             Charlotte       NC       28202
                             *City*          *State*     *Zip Code*

    [✓] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name                          D. Nicholson
    Job or Title *(if known)*      Classification
    Shield Number
    Employer                  Mecklenburg County Detention Center
    Address                   801 East Fourth Street
                             Charlotte       NC       28202
                             *City*          *State*     *Zip Code*

    [✓] Individual capacity    [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        [ ] Federal officials (a *Bivens* claim)

        [✓] State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Equal protection of laws, cruel and unusual punishment Excessive force by law enforcement, unsafe place, lost privildges Harassment, accessore before/after fact

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Bryan Ervin 505891

B. The Defendant(s)

Defendant No. 5
Name  P. Blasing
Job or Title (if known) classification
Employer  Mecklenburg County Detention Center
Address  801 East Fourth Street
          Charlotte  NC  28202
[ x ] Individual Capacity  [ x ] Official Capacity

Defendant No. 6
Name  T. King
Job or Title (if Known) classification
Employer  Mecklenburg County Detention Center
Address  801 East Fourth Street
          Charlotte  NC  28202
[ x ] Individual capacity  [ x ] official capacity

Defendant No. 7
Name  BoniLao
Job or Title (if known) Phone/visitation/tablet
Employer  Mecklenburg County Detention Center
Address  801 East Fourth Street
          Charlotte  NC  28202
[ x ] Individual capacity  [ x ] official capacity

Defendant No. 8
Name  IGWESPN
Job or Title (if known) Safety/Sanitation
Employer  Mecklenburg County Detention Center
Address  801 East Fourth Street
          Charlotte  NC  28202
[ x ] individual capacity  [ x ] official Capacity

B. The Defendant(s)

Defendant No.9
Name Grahaty
Job or Title (if known) classification
Employer Mecklenburg County Detention Center
Address   801 East Fourth Street
          Charlotte  NC 28202
[x] Individual capacity  [x] Official Capacity
Defendant No.10
Name Savorrr
Job or Title (if known) grievance/classification
Employer Mecklenburg County Detention Center
Address   801 East Fourth Street
          Charlotte NC 28202
[x] Individual capacity  [x] Official capacity
Defendant No.11
Name Grave AJ
Job or Title (if known) classification
Employer Mecklenburg County Detention Center
Address   801 East Fourth Street
          Charlotte NC 28202
[x] Individual capacity [x] official capacity
Defendant No.12
Name Medical
Address 801 East Fourth Street
        Charlotte NC 28202
[ ] individual capacity [x] official capacity

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Mecklenburg County Detention Center - mental/ physical distress, Snell-excessive force by law enforcement /assault Hallman - assault /excessive force, T. King, P. Blasing, D. Nicholson, Savorrr, 16 wespn, Graves, Brahaky, Banilo - cruel & unusual, lost of privlidges, equal protection of laws Medical- lost of privlidges, equal protection of laws

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☑   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose. Mecklenburg County Detention Center, D. Nicholson, T. King, Snell. Hallman P. Blasing, Savorrr, medical, Grave #, 16 wespn, Brahaky, Banilao Where- 801 East Fourth Street, charlotte NC 28202 When- 7/10/2023 - 11/30/2023

C.      What date and approximate time did the events giving rise to your claim(s) occur?

7/10/2023 - 11/30/2023

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Shell-broke my wrist through the trap door with handcuffs on. Hallman-closed my wrist in the trap door while it was broke. D.Nicholson, P.Blasing, T. King-denied me access to commissary. Medical- denied me proper medical attention. Savorno-housed in wrong unit, waived Hallman incident. IGWESPN-Waived grievances about broken wrist & urine on mattress. Banitao-denied me access to the phone. Arahaky, Savorrr, P.Blasing-denied me access to the phone. Mecklenburg County Detention Center-unsafe place GraveA1-denied priviledges, King-refused help

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental and Physical distress
Pain and Suffering
told medical/no care giving in Jail

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Defamation character

Requesting 150,000 broken wrist
Requesting 20,000 medical neglect
Requesting 20,000 Pain & Suffering
Requesting 20,000 cruel & unusual punishment
Requesting 50,000 for mental/physical distress

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

mecklenburg County Detention Center

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? mental distress, assault/excessive force, cruel & unusual punishment equal protection of laws, harassment, no phone, no commissary no medical treatment, sanitary issues

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.     Where did you file the grievance?

Mecklenburg County Detention Center

2.     What did you claim in your grievance?

No food, No phone, No commissary, threats, went to see the nurse, Sanitary issues, wrist broken, wrist closed in trap door

3.     What was the result, if any?     None

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

did not offer an appeal grievance process done

F.      If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case 3:26-cv-00427-FDW    Document 1    Filed 06/01/26    Page 11 of 13

☐ Yes

☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/5/2026

Signature of Plaintiff: Bryan S.

Printed Name of Plaintiff: Bryan Ervin

Prison Identification #: 505891

Prison Address: 801 East Fourth Street

Charlotte     NC     28202

City     State     Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

_____ _____ _____
City     State     Zip Code

Telephone Number: _____

E-mail Address: _____